*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*



**FILED**

JAN 2 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

SHEGAW AMBACHEW,

**ORDER RE: CERTIFICATE OF
APPEALABILITY**

vs.

CV-F-05-677 OWW/TAG HC

JOHN ASHCROFT, et al.,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____

_____

_____

_____

__X__    Denied for the following reason:

LATE FILED NOTICE OF APPEAL; NO JURISDICTION TO REVIEW
TEMPORARY PROTECTED STATUS CLAIM UNDER REAL I.D. ACT.
DETENTION NOT OF SIX MONTHS DURATION AT TIME OF
PETITION

Dated:    1-25-06

*Oliver Wanger (signature)*

OLIVER W. WANGER
United States District Judge